# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STEVE SCOTT BADER,
ADC #96787                                                                                       PLAINTIFF

V.                                       1:13CV00051 SWW/JTR

DALTON WALLACE, Corporal,
North Central Unit, ADC                                                                    DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.[1]  After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Plaintiff may PROCEED with his retaliation claim against Defendant Wallace, and all other claims are DISMISSED, WITHOUT PREJUDICE.

2.     The Clerk is directed to prepare a summons for Defendant Wallace, and

---

[1] As stated in the findings and recommendations, Plaintiff had up to and including 14 days from the date of Judge Ray's findings and recommendations, until July 9, 2013, in which to file objections. On July 5, 2013, Plaintiff requested an unspecified extension of time in which to file objections, stating that he needed "the maximum amount of time allowed . . . . " ECF No. 7. Plaintiff has had ample time, beyond the July 9 deadline, in which to file objections, and he has failed to do so. The Court finds no cause for granting additional time for Plaintiff's objections.

the U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on him through the ADC Compliance Division without prepayment of fees and costs or security therefor.[2]

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of July, 2013.

/s/Susan Webber Wright<br>UNITED STATES DISTRICT JUDGE

---

[2] If Defendant Wallace is no longer an ADC employee, the ADC Compliance Office must file his last known private mailing address **under seal**.